IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES YETTER | : |
| Plaintiff | : |
| v. | : Civil Action No. 04-862 GMS |
| METROPOLITAN LIFE INS. CO., et al. | : |
| Defendants | : |

## **ORDER**

WHEREAS, on July 14, 2004, a complaint was filed in the above-captioned ERISA case;

WHEREAS, on August 9, 2004, and September 10, 2004, defendants requested and were given extensions of time to answer or otherwise respond to the complaint;

WHEREAS, on November 15, 2004, counsel advised the court that the case had settled and a stipulation of dismissal was forthcoming. A stipulation of dismissal has not been received by the court;

WHEREAS, on January 28, 2005, the parties were directed to file either a stipulation of dismissal or a responsive pleading to the complaint within thirty (30) days;

WHEREAS, there is nothing on the docket after the January 28, 2005, Order.

IT IS HEREBY ORDERED that:

The complaint be DISMISSED WITHOUT PREJUDICE for failure to respond to the Court's Order of January 28, 2005.


Dated: April 8, 2005           /s/ Gregory M. Sleet
                               UNITED STATES DISTRICT JUDGE