IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES YETTER,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a Foreign Company, MetLife Disability Company, and Red Clay Consolidated School District,<br><br>Defendants. | CIVIL ACTION No.: 04-cv-862 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby file this Stipulation of Dismissal and request that this matter be dismissed with prejudice.

Date: May 19, 2005

_____
Gary W. Aber, Esquire
Counsel for Plaintiff, James Yetter

_____
Douglas F. Johnson, Esquire
Counsel for Defendant, Metropolitan Life Insurance Company

_____
Alfred J. D'Angelo, Jr.
Counsel for Defendant Red Clay Consolidated School District

G:\Staff\nmontecarlo\NMonteCarloDocs\MetLife\Yetter\2nd stipulation of dismissal.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES YETTER,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a Foreign Company, MetLife Disability Company, and Red Clay Consolidated School District,<br><br>Defendants. | CIVIL ACTION No.: 04-cv-862 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby file this Stipulation of Dismissal and request that this matter be dismissed with prejudice.

Date: May 19, 2005

_____
Gary W. Aber, Esquire
Counsel for Plaintiff, James Yetter

_____
Douglas F. Johnson, Esquire
Counsel for Defendant, Metropolitan Life Insurance Company

_____
Alfred J. D'Angelo, Jr.
Counsel for Defendant Red Clay Consolidated School District

G:\Staff\nmontecarlo\NMonteCarloDocs\MetLife\Yetter\2nd stipulation of dismissal.wpd